IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RAFAEL BAEZ-CARDENAS,<br><br>        Defendant. | ) No. CR-09-01048 JW<br>)<br>) [PROPOSED] WRIT OF HABEAS<br>) CORPUS AD TESTIFICANDUM<br>)<br>)<br>)<br>)<br>) |

**TO THE UNITED STATES MARSHALS SERVICE AND THE SANTA CLARA COUNTY DEPARTMENT OF CORRECTION:**

Good cause appearing and by stipulation of the parties, it is hereby ordered:

1.      That the United States Marshals Service and its agent, the Santa Clara County Department of Correction, shall **on January 22, 2010**, produce the body of federal pretrial detainee Rafael Baez-Cardenas, CEN 09062519, PFN CWL441, for transport by the Santa Clara County Sheriff's Department to testify **at 8:30 a.m.** in the Superior Court of California, County of Santa Clara, 115 Terraine St., San Jose, Dept. 70, before the Honorable Erica Yew.

2.      That Mr. Baez-Cardenas shall be returned by the Santa Clara County Sheriff's Department to the custody of the United States Marshals Service at the Santa Clara County Department of Correction's Main Jail Facility no later than 8 p.m. on January 22, 2010.

[Proposed] Writ of Habeas Corpus ad Testificandum                     1

It is so ordered.

Dated: January  20 , 2010

_____
HON. JAMES WARE
United States District Judge